UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-36850 |
|---|---|
| WILLIAM G. MOURER | (Chapter 13) |
| JULIA H. MOURER | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4055616**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 15/ 23 | GREAT LAKES EDUCATIONAL LOAN<br>CLAIMS FILING UNIT<br>BOX 8973<br>MADISON, WI  53708 | 120.54 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/12/2011

Certificate of Service                05-36850

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WILLIAM G. MOURER
JULIA H. MOURER
6321 BRECKENRIDGE LANE
HAMILTON, OH  45011

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(65.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(58.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(23.1)
GREAT LAKES EDUCATIONAL LOAN
CLAIMS FILING UNIT
BOX 8973
MADISON, WI  53708

(47.1n)
GREGORY A STOUT
1014 VINE ST
SUITE 2320
CINCINNATI, OH  45202

(50.1n)
MAPOTHER & MAPOTHER
1014 VINE ST
SUITE 2320
CINCINNATI, OH  45202

(64.1n)
UNITED STUDENT AID FUNDS INC
BOX 6180
INDIANAPOLIS, IN  46206

(51.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv